a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHEL-EMMANUEL CARRE #05553-510, Plaintiff | CIVIL DOCKET NO. 1:25-CV-01791 SEC P |
| VERSUS | JUDGE DRELL |
| USA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Pro se Plaintiff Michel-Emmanuel Carre ("Carre") filed a Complaint seeking damages under *Bivens*[1] and the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1), *et seq.* ("FTCA"). The *Bivens* claim was dismissed, leaving only the FTCA claim against the United States. ECF No. 14.

To determine whether Carre is entitled to relief, THE CLERK IS DIRECTED to prepare summonses for the Attorney General of the United States and the United States Attorney for the Western District of Louisiana, and:

(1) to serve the summons, along with a copy of the Complaint (ECF No. 1) and this Memorandum Order on the ATTORNEY GENERAL OF THE UNITED STATES in Washington, D.C., by REGISTERED or CERTIFIED MAIL as provided by Rule 4(i) of the Federal Rules of Civil Procedure; and

[1] In *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), the United States Supreme Court recognized an implied cause of action for damages against certain federal officials for certain constitutional violations that is comparable to the statutory cause of action permitted against state officials by 42 U.S.C. § 1983.

(2) to serve said summons, along with a copy of the Complaint (ECF No. 1) and this Memorandum Order on the UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF LOUISIANA via REGISTERED or CERTIFIED MAIL as provided by Rule 4(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that:

(1) Defendant shall file an answer or a motion to dismiss within 60 days of service.

(2) Within 21 days after filing the answer or motion to dismiss (unless a stay of discovery is granted while the motion is pending), Defendant SHALL provide to Plaintiff all medical records, warden's unusual-occurrence reports, and any other documents pertinent to the issues in this case, including medical records from any outside treatment providers.

a. Defendant shall contemporaneously file an indexed copy of these documents under seal with the Court, together with a Notice of Compliance attesting to the fact that the requirements of this Order have been met.

b. If Plaintiff does not receive these documents within the time prescribed, Plaintiff may file a motion to compel, referencing this Order.

(3) Discovery must be conducted within 60 days after the filing of an answer or the denial of a motion to dismiss.

(4) Within 30 days of the completion of discovery, the parties may file a motion for summary judgment, if deemed appropriate. However, any party not filing a motion for summary judgment MUST FILE a

statement of issues within the same period, listing disputed issues of fact for trial.

IT IS FURTHER ORDERED that any physician, medical facility, or other health care provider that has examined Plaintiff or provided treatment relative to the claims in the Complaint shall release such medical records to any party at that party's expense.

Finally, as a condition to acceptance by the Clerk, all future filings by Plaintiff or Defendant shall include a certificate indicating that a copy has been furnished to the other parties, specifically stating the name and address of each party (or his attorney) to whom a copy of the pleading was sent.

SIGNED on Wednesday, September 9, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE